UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YAONDRI RODRIGUEZ VIDAL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-324 |
| | § | |
| ADAM R. GONZALEZ, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## **ORDER**

Plaintiff Yaondri Rodriguez Vidal filed this habeas action to challenge his detention by United States immigration authorities. (Pet., Doc. 1) Since August 13, 2025, Rodriguez has been detained at the Port Isabel Service Processing Center in Cameron County, Texas, subject to a final order of removal.

Rodriguez contests his ongoing detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), alleging that his detention has become impermissibly lengthy and violates his constitutional rights. On January 20, 2026, a United States Magistrate Judge issued a Report and Recommendation (Doc. 11), recommending that Plaintiffs' claims be dismissed without prejudice. (R&R, Doc. 11) The Report and Recommendation correctly observed that, at the time it was issued, Rodriguez's detention remained within the six-month period of post-removal order detention that is presumptively reasonable under *Zadvydas*. (R&R, Doc. 11). No party filed objections.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 11). It is:

**ORDERED** that Yaondri Rodriguez Vidal's causes of action are **DISMISSED** without prejudice.

The Court notes that during the Court's consideration of the Report and Recommendation, Rodriguez's post-removal order detention exceeded six months. This Order does not preclude Rodriguez's ability to initiate a new habeas action under *Zadvydas v. Davis*, 533 U.S. 678 (2001), in which he would have to demonstrate that no significant likelihood exists of removal in the reasonably foreseeable future.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on February 24, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge